DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: August 21, 2006 |
| | ) | Time: 9:30 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for July 24, 2006 be vacated and a new date of August 21, 2006 be set for status.

The defense has not yet received discovery from the government. Once discovery is received, the defense will need time to review it and undertake investigation and research.

It is further stipulated and agreed between the parties that the period beginning July 24, 2006 to August 21, 2006, should be excluded in computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for

2  defense preparation.  All parties stipulate and agree that this is an

3  appropriate exclusion of time within the meaning of Title 18, United

4  States Code, Section 3161(h)(8)(iv) (Local Code T4).

5  Dated: July 21, 2006

6                                    Respectfully submitted,

7                                    DANIEL BRODERICK
                                     Federal Defender
8

9                                    _____/S/NED SMOCK_____
                                     NED SMOCK
10                                   Assistant Federal Defender
                                     Attorney for Defendant
11                                   OLGA EVANOVICH

12
                                     MCGREGOR W. SCOTT
13                                   United States Attorney

14 Dated:  July 21, 2006
                                     _____/S/KENNETH MELIKIAN___
15                                   KENNETH MELIKIAN
                                     Assistant U.S. Attorney
16

17                                   **ORDER**

18      **IT IS SO ORDERED.**

19 DATED: July 21, 2006

20                                   /s/ Frank C. Damrell Jr._____
                                     HONORABLE FRANK C. DAMRELL, JR.
21                                   District Court Judge

22

23

24

25

26

27

28