DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OLGA EVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| OLGA EVANOVICH, | ) ) | Date: September 18, 2006 Time: 9:30 A.M. |
| | ) ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for August 21, 2006 be vacated and a new date of September 18, 2006 at 9:30 a.m. be set for status.

    The defense has received discovery from the government.  The defense is in the midst of reviewing that discovery and performing necessary investigation.

    It is further stipulated and agreed between the parties that the period beginning August 21, 2006 to September 18, 2006, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: August 16, 2006

        Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

               /S/NED SMOCK
        NED SMOCK
        Assistant Federal Defender
        Attorney for Defendant
        OLGA EVANOVICH

        MCGREGOR W. SCOTT
        United States Attorney

Dated: August 16, 2006

               /S/KENNETH MELIKIAN
        KENNETH MELIKIAN
        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: August 16, 2006

        /s/ Frank C. Damrell Jr.
        HONORABLE FRANK C. DAMRELL, JR.
        District Court Judge