```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-237 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| OLGA EVANOVICH, ) | Date: October 16, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for September 18, 2006 be vacated and a new date of October 16, 2006 be set for status. The defense has a number of requests for records pending and is performing necessary investigation. Additional time is needed to complete this work.

It is further stipulated and agreed between the parties that the period beginning September 18, 2006 to October 16, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 14, 2006

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OLGA EVANOVICH

                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  September 14, 2006
                                    /S/KENNETH MELIKIAN
                                    KENNETH MELIKIAN
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: September 14, 2006

                                    /s/ Frank C. Damrell Jr.
                                    HONORABLE FRANK C. DAMRELL, JR.
                                    District Court Judge