```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER |
| v. | ) ) | |
| OLGA EVANOVICH, | ) ) | Date: November 13, 2006 Time: 9:30 A.M. |
| | ) ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for October 16, 2006 be vacated and a new date of November 13, 2006 be set for status.  The defense has requests for records still pending and is performing necessary investigation.  Additional time is needed to complete this work.

    It is further stipulated and agreed between the parties that the period beginning October 16, 2006 to November 13, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: October 13, 2006

                                              Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                                 /S/NED SMOCK
                                              NED SMOCK
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              OLGA EVANOVICH

                                              MCGREGOR W. SCOTT
                                              United States Attorney

Dated:  October 13, 2006

                                                 /S/KENNETH MELIKIAN
                                              KENNETH MELIKIAN
                                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 16, 2006

                                              /s/ Frank C. Damrell Jr.
                                              HONORABLE FRANK C. DAMRELL, JR.
                                              District Court Judge