DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: December 4, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for November 13, 2006 be vacated and a new date of December 4, 2006 be set for status.  Defense counsel will be commencing a trial before Judge Garcia on November 13 which is expected to last seven to nine days.  In addition, the defense has requests for records still pending and is performing necessary investigation.  Additional time is needed to complete this work.

It is further stipulated and agreed between the parties that the period beginning November 13, 2006 to December 4, 2006, should be

1 excluded in computing the time within which the trial of the above
2 criminal prosecution must commence for purposes of the Speedy Trial Act
3 for defense preparation.  All parties stipulate and agree that this is
4 an appropriate exclusion of time within the meaning of Title 18, United
5 States Code, Section 3161(h)(8)(iv) (Local Code T4).
6 Dated: November 8, 2006

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

      /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
OLGA EVANOVICH

MCGREGOR W. SCOTT
United States Attorney

Dated:  November 8, 2006

      /S/KENNETH MELIKIAN
KENNETH MELIKIAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: November 9, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2