1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  NED SMOCK, Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  OLGA EVANOVICH

7
                     IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )  No. CR-S-06-0237 FCD
                                    )
11              Plaintiff,          )
                                    )  STIPULATION AND ORDER
12      v.                          )
                                    )
13 OLGA EVANOVICH,                  )  Date: January 16, 2007
                                    )  Time: 10:00 A.M.
14                                  )  Judge: Hon. Frank C. Damrell, Jr.
                                    )
15              Defendant.          )
   _____

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, Kenneth Melikian, Assistant United States
18
   Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal
19
   Defender, attorney for defendant, that the current Status Conference
20
   for December 4, 2006 be vacated and a new date of January 16, 2007 at
21
   10:00 a.m. be set for status.  The defense has a pending discovery
22
   request with the government and has additional investigation to
23
   perform.  Additional time is needed to complete this work.
24
        It is further stipulated and agreed between the parties that the
25
   period beginning December 4, 2006 to January 16, 2006, should be
26
   excluded in computing the time within which the trial of the above
27
   criminal prosecution must commence for purposes of the Speedy Trial Act
28

1  for defense preparation.  All parties stipulate and agree that this is

2  an appropriate exclusion of time within the meaning of Title 18, United

3  States Code, Section 3161(h)(8)(iv) (Local Code T4).

4  Dated: November 30, 2006

5                                    Respectfully submitted,

6                                    DANIEL BRODERICK
                                     Federal Defender

7

8                                        /S/NED SMOCK
                                     NED SMOCK
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   OLGA EVANOVICH

11

                                     MCGREGOR W. SCOTT
12                                   United States Attorney

13 Dated:  November 30, 2006

                                         /S/KENNETH MELIKIAN
14                                   KENNETH MELIKIAN
                                     Assistant U.S. Attorney

15

16                                **ORDER**

17     **IT IS SO ORDERED.**

18 DATED: December 1, 2006

19

20

21  _____
   FRANK C. DAMRELL, JR.
22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2