DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: March 5, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for February 20, 2007 be vacated and a new date of March 5, 2007 be set for status. The defense has a pending discovery request with the government. In addition, the government sent a draft plea agreement yesterday. The parties need time to discuss revisions to the agreement and the counsel needs time to discuss the plea agreement with the defendant.

It is further stipulated and agreed between the parties that the period beginning February 20, 2007 to March 5, 2007, should be excluded

1  in computing the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act for
3  defense preparation.  All parties stipulate and agree that this is an
4  appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4).
6  Dated: February 15, 2007

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                        /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    OLGA EVANOVICH


                                    MCGREGOR W. SCOTT
                                    United States Attorney

15  Dated:  February 15, 2007
                                        /S/KENNETH MELIKIAN
                                    KENNETH MELIKIAN
                                    Assistant U.S. Attorney


                                **ORDER**

    **IT IS SO ORDERED.**

20  DATED: February 16, 2007


                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE