```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7            IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  CR. NO. S-06-0237 FCD
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13                               )
    OLGA EVANOVICH,              )
14                               )
                Defendant.       )
15  _____)
```

16     Defendant Olga Evanovich, through Ned Smock, Assistant Federal
17  Defender, and the United States of America, through Assistant U.S.
18  Attorney Kenneth J. Melikian, agree that the status conference
19  scheduled for March 5, 2007, be vacated.  The parties further
20  stipulate that a status conference be placed on the court's
21  March 12, 2007 calendar at 10:00 a.m.
22     The parties are involved in the final stages of an effort to
23  negotiate a disposition in this case.  The government needs the
24  requested extra week to finish its investigation of matters raised
25  by the defense before these negotiations can be concluded.
26     For these reasons, the parties request that a status
27  conference in this case be scheduled for March 12, 2007.  The
28  parties further agree that time should be excluded through

1

1  March 12, 2007, from computation under the Speedy Trial Act
2  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3  to allow defense counsel to prepare his case.
4  DATED: March 2, 2007                Very truly yours,

5                                      McGREGOR W. SCOTT
                                       United States Attorney
6
                                       /s/ Kenneth J. Melikian
7
                                       By
8                                         KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney
9

10 DATED: March 2, 2007                /s/ Kenneth J. Melikian
                                       NED SMOCK
11                                     Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
12                                      per authorization by Ned Smock)

13

14

15      IT IS SO ORDERED.

16

17 DATED: March 5, 2007

18

19                                     _____
20                                     FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2