DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OLGA EVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: April 9, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for March 19, 2007 be vacated and a new date of April 9, 2007 be set for status.  The parties are in discussions aimed at finalizing a plea agreement.  The defense needs time to present information to the government regarding the Social Security payments which should be counted towards the loss amount.

    It is further stipulated and agreed between the parties that the period beginning March 19, 2007 to April 9, 2007, should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 16, 2007

                Respectfully submitted,

                DANIEL BRODERICK
                Federal Defender

                   /S/NED SMOCK
                NED SMOCK
                Assistant Federal Defender
                Attorney for Defendant
                OLGA EVANOVICH

                MCGREGOR W. SCOTT
                United States Attorney

Dated:  March 16, 2007

                   /S/KENNETH MELIKIAN
                KENNETH MELIKIAN
                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: March 29, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2