DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: May 14, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for April 23, 2007 be vacated and a new date of May 14, 2007 be set for status. The parties are nearing a resolution in this case. The defense needs additional time to discuss proposed terms with the government. Additionally, the defense needs time to discuss proposed terms with the defendant and perform relevant investigation related to the remaining issues.

It is further stipulated and agreed between the parties that the period beginning April 23, 2007 to May 14, 2007, should be excluded in

1 computing the time within which the trial of the above criminal
2 prosecution must commence for purposes of the Speedy Trial Act for
3 defense preparation.  All parties stipulate and agree that this is an
4 appropriate exclusion of time within the meaning of Title 18, United
5 States Code, Section 3161(h)(8)(iv) (Local Code T4).
6 Dated: April 20, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
OLGA EVANOVICH


MCGREGOR W. SCOTT
United States Attorney

Dated:  April 20, 2007

   /S/ KENNETH MELIKIAN
KENNETH MELIKIAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: April 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2