DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
OLGA EVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-237 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| OLGA EVANOVICH, | ) | Date: June 25, 2007 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for May 21, 2007 be vacated and a new date of June 25, 2007 be set for status.  The defense needs additional time to discuss proposed terms of a plea agreement with the government.  Additionally, the defense needs time to perform investigation related to the remaining issues.

  It is further stipulated and agreed between the parties that the period beginning May 21, 2007 to June 25, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for

1  defense preparation.  All parties stipulate and agree that this is an
2  appropriate exclusion of time within the meaning of Title 18, United
3  States Code, Section 3161(h)(8)(iv) (Local Code T4).
4  Dated: May 18, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

         /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
OLGA EVANOVICH


MCGREGOR W. SCOTT
United States Attorney

Dated:  May 18, 2007
    /S/ KENNETH MELIKIAN
KENNETH MELIKIAN
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2