```
DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
OLGA EVANOVICH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>OLGA EVANOVICH,                   )<br>                                  )<br>                                  )<br>            Defendant.            )<br>_____ | No. CR-S-06-237 FCD<br><br>STIPULATION AND ORDER<br><br>Date: July 23, 2007<br>Time: 10:00 A.M.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kenneth Melikian, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for June 25, 2007 be vacated and a new date of July 23, 2007 be set for status.  The parties are nearing resolution, but need additional time to discuss proposed terms of a plea agreement.  Additionally, the defense needs time to perform investigation related to the remaining issues.

    It is further stipulated and agreed between the parties that the period beginning June 25, 2007 to July 23, 2007, should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: June 20, 2007

        Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

        /S/NED SMOCK
        NED SMOCK
        Assistant Federal Defender
        Attorney for Defendant
        OLGA EVANOVICH

        MCGREGOR W. SCOTT
        United States Attorney

Dated:   June 20, 2007

        /S/ KENNETH MELIKIAN
        KENNETH MELIKIAN
        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: June 21, 2007

        FRANK C. DAMRELL, JR.
        UNITED STATES DISTRICT JUDGE