PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06CR00237-01** |
| ) | |
| **OLGA EVANOVICH** ) | |
| ) | |

On October 29, 2007, the above-named was placed on probation for a period of 2 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                   Respectfully submitted,

                              /s/   Cynthia J. Mazzei

                              **CYNTHIA J. MAZZEI**
                              **United States Probation Officer**

Dated:       May 1, 2009
               Sacramento, California
               CJM:jz


**REVIEWED BY:**    **/s/   Kyriacos M. Simonidis**
                              **KYRIACOS M. SIMONIDIS**
                              **Supervising United States Probation Officer**

**Re: Olga EVANOVICH
Docket Number: 2:06CR00237-01
ORDER TERMINATING PROBATION
<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that Olga Evanovich be discharged from probation, and that the proceedings in the case be terminated.

May 5, 2009
**Date**

*[signature]*

**FRANK C. DAMRELL, JR.
United States District Judge**

Attachment: Recommendation
cc: United States Attorney's Office
    FLU Unit, AUSA's Office
    Fiscal Clerk, Clerk's Office